JON M. SANDS
Federal Public Defender
**JAMES D. SMITH**
Assistant Federal Public Defender
State Bar No. 024194
407 W. Congress St., Suite 501
Tucson, AZ  85701
Telephone: (520) 879-7500
*james_d_smith@fd.org*
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 4:20-01892-TUC-JCH (JR) |
| Plaintiff, | **MOTION TO RECONSIDER DETENTION** |
| vs. | |
| SUNDAY ANN GANNON, | **(1st Request)** |
| Defendant. | |

Ms. Sunday Gannon asks that the Court reconsider her detention based upon a change in her circumstance pursuant to 18 U.S.C. §3145(b), §3143(a)(2)(A)(ii), and §3143(a)(2)(B).

On December 10, 2020, the Court held an evidentiary hearing to determine if Ms. Gannon violated her conditions of release. At the hearing, the Court ordered that Ms. Gannon be screened by Crossroads to determine if placement would be acceptable. Thereafter the Court ordered that Ms. Gannon be detained. (Doc#45)

On December 14, 2020, the pretrial officer assigned to Ms. Gannon submitted *Supplemental Report No. 4*, (Doc#47) in which the officer reported to the Court that Crossroads is unwilling to screen Ms. Gannon for placement.

Ms. Gannon has found a different rehabilitation center, Unhooked Recovery. This facility is located in Phoenix, and offers a 90-day inpatient rehabilitation program. The facility also accepts Ms. Gannon's insurance, and has space available for immediate placement.

Ms. Gannon asks that the Court reconsider the detention order to allow her to receive treatment at the new facility. She accepts responsibility for her actions in this case and has entered a guilty plea. As part of her plea agreement, the United States will recommend that Ms. Gannon be placed on a period of supervision for 3 years. Living in a rehabilitation center will allow Ms. Gannon to address her health concerns and locate a stable residence. Prior to her reincarceration, she was working with housing officials to find a government assisted residence.

RESPECTFULLY SUBMITTED:   December 16, 2020.

JON M. SANDS
Federal Public Defender

*s/ James D. Smith*
**JAMES D. SMITH**
Assistant Federal Public Defender